# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Olaseni Aka, David Albert, John W. Batzel, James V.
Bernstein, Ora D. Berry, Aretha L. Blake, Lorri Brooks, Patrick
Brouard, La Toiya Bynum, Loreno M. Calderon, Curtis E.
Carter, Terrance Chism, George M. Davis, Jr., James M.
Dremak, Kenya English, Edward Estrada, Willie B. Everett,
Luwana Green, Ismael Hernandez, Marvin Hicks, Darren W.
Hill, Patricia Hodge, Stephanie L. Hodges, Arnold Hollins,
Diane Howard, Nathan R. Irvin, Peggy A. Irvin, Hosea D.
Jackson, Esther L. Johnson, Christine Jones, Jennifer Jones,
Rodney V. Julun, Irving A. Martin, Tia Martin, Joseph T.
Maryland, Lisa McGee, George Michko, Tavrance Mitchell,
Michael Munley, Raymond J. Pacheco, Jr., Roberto Pagan,
Madison S. Palmer, Jr., Winston P. Pulliam, Marc E. Reaux,
Michael Reynolds, Patrick Sachell, Dwayne E. Sanders,
Anthony G. Scalzitti, Robert E. Smith, Tommie L. Stewart,
Linda J. Walker, Minnie Walton, Wihelmenia Wells, Brian
White, Jeffrey White, Thomas K. Wilson, Bruce F Wright,

> )
> )
> )
> )
> )
> )
> )
> )
> )
> )
> )
> )
> )
> )
> )
> )
> )
> )

**DOCKETED**

JAN 1 6 2003

Case No.

Judge

# 03 C 00339

### JUDGE KENNELLY

MAGISTRATE JUDGE BOBRICK

> Plaintiffs, )
> )
> v. )
> )
> Chicago Transit Authority, )
> )
> Defendant. )

## COMPLAINT

Plaintiffs, by their attorneys, complain of the defendant and allege as follows:

1.  This is an action to recover unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201 *et. seq.* ("the Act" or "the FLSA"). Jurisdiction for this action is conferred upon this Court by 28 U.S.C. §1337.

2.  Plaintiffs are residents of this judicial district and consent to the maintenance of this action. Plaintiffs' consents to the maintenance of this action are attached hereto.

3.  Plaintiffs are or were employees of Defendant .

4.  Defendant Chicago Transit Authority ("the CTA") is a legally independent public entity located within Cook County, Illinois.

5. The CTA is and at all times hereinafter mentioned has been an employer of plaintiffs within the meaning of §§ 3(d) and 3(e)(2)(C) of the Fair Labor Standards Act of 1938 ("Act"), as amended, 29 U.S.C. §§203(d) and (e)(2)(C), and subject to the provisions of §7 of the Act, as amended, 29 U.S.C. §207.

6. At all times relevant herein, the CTA has been and is an enterprise engaged in commerce for purposes of §3(s)(1) of the Fair Labor Standards Act of 1938, 29 U.S.C. §203(s)(1).

7. The plaintiffs were, during some or all of the period from January 2000 to the present, non-exempt employees of the CTA within the meaning of §3(e)(2)(C) of the Act, 29 U.S.C. §203(e)(2)(C).

8. During one or more workweeks between January 2000 and the present, plaintiffs were suffered or permitted to work in excess of forty (40) hours for the CTA.

9. Each of the plaintiffs have been paid no overtime compensation of any kind for hours worked in excess of forty (40) hours in at least one workweek during the period January 1, 2000 to the present.

10. From January 1, 2000 to the present, the CTA has knowingly and intentionally failed and refused to pay plaintiffs any compensation of any kind for the hours they worked in excess of forty (40) hours in a workweek in violation of §§7(a) and 15(a)(2) of the Fair Labor Standards Act, as amended, 29 U.S.C. §§207(a), 215(a)(2).

11. Plaintiffs are entitled to overtime compensation of time and one-half their regular rate of pay for all hours they worked in excess of 40 in a workweek for each workweek subsequent to January 1, 2000 pursuant to §§7(a) of the Fair Labor Standards Act, as amended, 29 U.S.C. §§207(a), 215(a)(2).

**WHEREFORE**, Plaintiffs pray that judgment be entered against the Defendant as follows:

A.    A declaratory judgment finding that Defendant has violated §§7 and 15(a)(2) of the Fair Labor Standards Act, 29 U.S.C. §§207 and 215(a)(2);

B.    A judgment against Defendant for all sums which may be found to be due to plaintiffs as compensatory damages, liquidated damages, attorneys' fees and costs. 29 U.S.C. § 216.

C.    An order directing such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiffs hereby demand trial by jury.

Respectfully submitted,

Librado Arreola

Marvin Gittler
Stephen Feinberg
Librado Arreola
ASHER, GITTLER, GREENFIELD,
  & D'ALBA, LTD.
200 W. Jackson Blvd., Suite 1900
Chicago, Illinois 60606
(312) 263-1500
Firm No. 39404

3

## PLAINTIFF'S CONSENT FORM

I, _OLASENI      AKA_____ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, _David Albert_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_David Albert_
(signature)

## PLAINTIFF'S CONSENT FORM

I, _____JOHN  W.  BATZEL_____ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____John W Batzel_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, _James V. Bernstein_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_James V. Bernstein_
(signature)

## PLAINTIFF'S CONSENT FORM

I _Ora D. Berry_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_(signature)_

## PLAINTIFF'S CONSENT FORM

I, _Aretha L Blake_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_(signature)_



## PLAINTIFF'S CONSENT FORM

I, Lorriann Brooks (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_Barri Brooks_
**(signature)**

## PLAINTIFF'S CONSENT FORM

I, __PATRICK BROWARD__ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, La Toiya Bynum _____ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.


_La Toiya Bynum_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, _Lorena M. Calderon_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.


_Lorena M. Calderon_
(signature)

## PLAINTIFF'S CONSENT FORM

I, _Curtis E Cotter_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, _Terrance Chism_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_(signature)_

## PLAINTIFF'S CONSENT FORM

I, _GEORGE MICHAEL DAVIS, JR._ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_George M. Davis Jr._
(signature)

## PLAINTIFF'S CONSENT FORM

I, _JAMES M. DREMAK_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_James M. Dremak_
(signature)

12/17/02

## PLAINTIFF'S CONSENT FORM

I, _____Kenya English_____ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, _____Edward Estrada_____ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, *Willie Everett* (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

*Willie B. Everett*

(signature)

## PLAINTIFF'S CONSENT FORM

I, _LUWANA Green_____(print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, _Ismael Hernandez_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, _MARVIN Hicks_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_(signature)_

## PLAINTIFF'S CONSENT FORM

I, _DARREN W. HILL_____ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, Patricia Hodge                     (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.


Patricia Hodge
(signature)

## PLAINTIFF'S CONSENT FORM

I, _____Stephanie L. Hodges_____ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, _Arnoco Hollins_____ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, _____ DIANE HOWARD _____ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.


_Diane Howard_
(signature)

## PLAINTIFF'S CONSENT FORM

I, *NATHAN R. IRVIN* _____ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, _____ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, _Hosea Denise Jackson_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_Hosea Denise Jackson_
(signature)

## PLAINTIFF'S CONSENT FORM

I, _Esther L. Johnson_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_Esther L. Johnson_
(signature)

## PLAINTIFF'S CONSENT FORM

I, *CHRISTINE JONES* _____ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

**PLAINTIFF'S CONSENT FORM**

I, Jennifer Jones _____ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, _Rodney V. John_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_[signature]_
(signature)

## PLAINTIFF'S CONSENT FORM

I, _____IRVING A. MARTIN_____ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, _Tia Martin_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_Tia Martin_
(signature)

## PLAINTIFF'S CONSENT FORM

I, _Joseph T. Maryland_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_(signature)_

## PLAINTIFF'S CONSENT FORM

I, _LISA MEGEE_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_Lisa McGee_
(signature)

## PLAINTIFF'S CONSENT FORM

I, _GEORGE MICHKO_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_George Michko_
(signature)

## PLAINTIFF'S CONSENT FORM

I, _LAURANCE MITCHELL_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER, GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, _MICHAEL MUNLEY_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

(signature)

## PLAINTIFF'S CONSENT FORM

I, _Raymond J. Pacheco Jr_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

(signature)

**PLAINTIFF'S CONSENT FORM**

I, _Roberto Pagán_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_Roberto Pagán_
(signature)

## PLAINTIFF'S CONSENT FORM

I, _MADISON S. PALMER, JR_____ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_Madison S. Palmer, Jr_
(signature)

## PLAINTIFF'S CONSENT FORM

I, ___WINSTON  Phillip  PULLIAM___ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_Winston Philip Pulliam_
(signature)

## PLAINTIFF'S CONSENT FORM

I, __MARC  E.  REAUX_____ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, _Michael Reynolds_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_Michael Reynolds_
(signature)

## PLAINTIFF'S CONSENT FORM

I, _Patrick Sachell_ _____ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_Patrick D Sachell_ _____
(signature)

## PLAINTIFF'S CONSENT FORM

I, _DWAYNE E. SANDERS_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_Dwayne E. Sanders_
(signature)

## PLAINTIFF'S CONSENT FORM

I, _Anthony G. Scalzitti_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_(signature)_

## PLAINTIFF'S CONSENT FORM

I, _Robert E Smith_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_Robert E Smith_
(signature)

## PLAINTIFF'S CONSENT FORM

I, _TOMMIE L STEWART_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_Tommie L Stewart_
(signature)

## PLAINTIFF'S CONSENT FORM

I, _Linda J. Walker_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_Linda J. Walker_
(signature)

## PLAINTIFF'S CONSENT FORM

I, _Minnie WAlton_ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_Minnie Walton_
(signature)

## PLAINTIFF'S CONSENT FORM

I, __Wilhelmenia Wells__ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_Wilhelmenia Wells_
(signature)

## PLAINTIFF'S CONSENT FORM

I, __Brian      White_____(print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, _____Jeffrey White_____ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, _Thomas K. Wilson_ _____(print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.


_Thomas K. Wilson_
_____
(signature)

## PLAINTIFF'S CONSENT FORM

I, _BRUCE F. WRIGHT_____ (print name)

hereby consent to sue my employer, the Chicago Transit Authority, and authorize ASHER,

GITTLER, GREENFIELD & D'ALBA, LTD., pursuant to Section 16(b) of the Fair Labor

Standards Act, to represent me in my lawsuit against my employer.

_____
(signature)

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

Olaseni Aka, David Albert, et al.

## DEFENDANTS

Chicago Transit Authority

DOCKETED

JAN 1 6 2003

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Librado Arreola
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606
312-263-1500

ATTORNEYS (IF KNOWN)   JUDGE KENNELLY

# 03C00339

MAGISTRATE JUDGE BOBRICK

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Fair Labor Standards Act, 29 U.S.C. § 216(b) Claims for overtime compensation

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/ |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. REMARKS

In response to ☒ is not a refiling of a previously dismissed action

**General Rule 2.21D(2)** this case ☐ is a refiling of case number _____ of Judge _____

DATE
01-16-2003

SIGNATURE OF ATTORNEY OF RECORD

1-2

**UNITED STATES DISTRICT COURT**

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DOCKETED**

**JAN 1 6 2003**

JUDGE KENNELLY

In the Matter of
Olaseni Aka, David Albert, et al.,
                    Plaintiffs,
        v.
Chicago Transit Authority,
                    Defendant.

Case Number **03 C 00339**

MAGISTRATE JUDGE BOBRICK

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiffs, Olaseni Aka, David Albert, et al.

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME<br>Librado Arreola | NAME<br>Marvin Gittler |
| FIRM<br>Asher, Gittler, Greenfield & D'Alba, Ltd. | FIRM<br>Asher, Gittler, Greenfield & D'Alba, Ltd. |
| STREET ADDRESS<br>200 W. Jackson Blvd., Suite 1900 | STREET ADDRESS<br>200 W. Jackson Blvd., Suite 1900 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | CITY/STATE/ZIP<br>Chicago, IL 60606 |
| TELEPHONE NUMBER<br>312-263-1500 | TELEPHONE NUMBER<br>312-263-1500 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>6203323 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>00965472 |
| MEMBER OF TRIAL BAR?   YES ☒   NO ☐ | MEMBER OF TRIAL BAR?   YES ☒   NO ☐ |
| TRIAL ATTORNEY?   YES ☒   NO ☐ | TRIAL ATTORNEY?   YES ☒   NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☒ |
| **(C)** | **(D)** |
| SIGNATURE | SIGNATURE |
| NAME<br>Stephen Feinberg | NAME |
| FIRM<br>Asher, Gittler, Greenfield & D'Alba, Ltd | FIRM |
| STREET ADDRESS<br>200 W. Jackson Blvd., Suite 1900 | STREET ADDRESS |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | CITY/STATE/ZIP |
| TELEPHONE NUMBER<br>312-263-1500 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>00784923 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES ☒   NO ☐ | MEMBER OF TRIAL BAR?   YES ☐   NO ☐ |
| TRIAL ATTORNEY?   YES ☒   NO ☐ | TRIAL ATTORNEY?   YES ☐   NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☒ | DESIGNATED AS LOCAL COUNSEL?   YES ☐   NO ☐ |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.